

# Western Reserve
# VEHICLE AND EQUIPMENT AUCTION, INC.

GEORGE ROMAN III, CAGA      RONALD ROMAN, CAI      CHRISTOPHER ROMAN

December 15, 2014

Attorney Harold Corzin
Attn: Jenn
Commonwealth Square
304 North Cleveland-Massillon Rd.
Akron, OH 44333

**RE:**      **Paul & Kathleen Stefunek**
         **Case #14-51592**

Appraisal of 2004 Jeep Wrangler
And John Deere Tractor:          $ 150.00



SALE LOCATION: 1221 W. Western Reserve Road • Boardman, Ohio • (330) 758-8437
MAILING ADDRESS: 22 W. Main Street • Canfield, Ohio 44406
www.georgeromanauctioneers.com

14-51592-amk    Doc 52-1    FILED 02/03/15    ENTERED 02/03/15 11:06:32    Page 1 of 1