IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | ) CASE NO. 14-51592 |
| | ) |
| PAUL STEFUNEK and | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| KATHLEEN STEFUNEK | ) |
| | ) JUDGE ALAN M. KOSCHIK |
| | ) |
| | ) NOTICE OF TRUSTEE'S INTENT |
| | ) TO SELL PROPERTY FREE AND |
| | ) CLEAR OF LIENS PURSUANT TO |
| | ) SECTION 363 OF THE UNITED |
| | ) STATES BANKRUPTCY CODE |

Now comes Harold A. Corzin, Chapter 7 Trustee, by and through his attorney, and hereby gives notice to all creditors and other parties in interest of his intention to sell all of the debtor's membership interests to Frank Skedel, c/o Highbridge Holdings, LLC, 1931 Georgetown Road, Suite 200, Hudson, Ohio 44236, by private sale and out of the ordinary course of business, for a total price of $3,000.

The membership interests being conveyed are the following:

1. All of the membership units issued and outstanding which are owned by Paul Stefunek in Highbridge Holdings, LLC.

Such sale shall occur on or after 21 days from the date of the notice hereof unless objection and request for hearing is made as set forth in the attached notice. Said membership units are sold by the estate in an "AS IS" and "WHERE IS" condition, without warranty of any kind or description whatsoever.

There are no known holders of any liens or security interests on said membership unit.

The transfer and assignment of the membership interests shall be with fiduciary covenants.

GIBSON & LOWRY

/s/ Michael J. Moran
Michael J. Moran           (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
moranecf@yahoo.com

## CERTIFICATE OF SERVICE

I certify that, on March 6, 2015, a true and correct copy of this notice was served via tthe the courts Electronic Case Filing System on these individuals and entities who are listed on the court's Electronic Mail Notice List:

Amy M. Blythe, on behalf of Third Federal Savings And Loan Association of Cleveland, bankruptcy@carlisle-law.com

Harold A. Corzin, Trustee, hcorzin@csu-law.com

Daniel M. McDermott, United States Trustee, ustpregion09.cl.ecf@usdoj.gov

Julie E. Rabin, on behalf of Paul and Kathleen Stefunek, jerofficialmail@rabinandrabin.com

Timothy N. Toma, on behalf of Toma & Associates, L.P.A., Inc., toma@tomalegal.com

United States Trustee

Scott R. Belhorn, on behalf of Daniel M. McDermott, scott.r.belhorn@usdoj.gov


And by regular U.S. mail, postage prepaid, on all parties on the attached list.

/s/ Michael J. Moran
Michael J. Moran
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
moranecf@yahoo.com

Kathleen A Stefunek
2275 Country Brook Dr
Hinckley, OH 44233-9599

TOMA & ASSOCIATES, L.P.A., INC.
Timothy N. Toma, Esq.
33977 Chardon Road #100
Willoughby Hills, OH 44094-8497

Paul C Stefunek
2275 Country Brook Dr
Hinckley, OH 44233-9599

1931 Georgetown Ltd
1931 Georgetown
Hudson, OH 44236-5027

American Express Travel Related Services Com Inc
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Chase
Po Box 15298
Wilmington, DE 19850-5298

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

Frank G Skedel
540-4 Bent Creek Oval
Aurora, OH 44202-9150

HighBridge Holding LLC
1330 Corporate Dr, Suite 400
Hudson, OH 44236-4443

HighBridge Holding, LLC
1931 Georgetown Road, Suite 200
Hudson, OH 44236-5028

Howard Hanna
800 W St. Clair
Cleveland, OH 44113-1266

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Key Bank
PO Box 94920
Cleveland, OH 44101-4920

Larry S Imely
2450 Carrington Street NW
N Canton, OH 44720-8155

Medina County Treasurer
John A Burke
144 N Broadway Street
Medina, OH 44256-1928

Millie and John Stefunek
515 Col. T. Heyward Rd
Okatie, SC 29909-6014

Pnc Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

Suzanne Conroy
521 Parkside Drive
Avon Lake OH 44012-4004

Third Federal S & L
7007 Broadway Ave
Cleveland, OH 44105-1490

Ronald Roman
George Roman Auctioneers, Ltd.
22 W Main St
Canfield, OH 44406-1426

Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113-1448

Form B20A (Official Form 20A)
(9/97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-51592 |
| | ) | |
| PAUL STEFUNEK and | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| KATHLEEN STEFUNEK | ) | |
| | ) | |
| Debtors | ) | JUDGE ALAN KOSCHIK |

Form 20A. **Notice of Trustee's Intent to Sell Property Free and Clear of Liens**

Michael J. Moran, Attorney for Harold A. Corzin, Trustee
has filed papers with the Court to sell property free and clear of liens

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to contact one.)**

If you have an objection to this sale, or if you want the court to consider your views on the sale,
then on or before March 27, 2015, you or your attorney must:

File with the court a written request for hearing {or, *if the court
requires a written response,* an answer, explaining your position}
at:
Clerk of the U.S. Bankruptcy Court
455 Federal Building, U.S. Courthouse
2 South Main St.
Akron, OH 44308

If you mail your request/response to the court for filing, you must
mail it early enough so the court will **receive** it on or before the
date stated above.

You must also mail a copy to:

Michael J. Moran, Esq.
Attorney for the Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, Ohio 44222

If you or your attorney do not take these steps, the court may decide that you do not oppose the sale and the interest
shall be transferred by the trustee without further notice to creditors.

Date: *March 6, 2015*          Signature:*/s/Michael J. Moran*
                               Name:    Michael J. Moran #0018869
                               Address: 234 Portage Trail, Cuyahoga Falls, OH 44221